IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICHARD JERALD MOBLEY,

       Appellant,

v.
                                         Case No.  5D22-1354
                                         LT Case No. 2015-CF-0477-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed September 6, 2022

Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Richard Jerald Mobley, Sneads, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean Parrish,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.


     AFFIRMED.


LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.